An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SAN PABLO CT TRUST,
               Appellant,
vs.
NATIONSTAR MORTGAGE, LLC.,
               Respondent.

No. 65635

**FILED**

DEC 29 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEAL

Appellant has filed an unopposed motion to remand this matter to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). Appellant's motion is accompanied by an order of the district court certifying that upon remand it would vacate its prior order granting respondent's motion to dismiss and "enter an order denying the defendant['s] motion to dismiss."

Cause appearing, we grant appellant's motion. Accordingly, we remand this matter to the district court pursuant to its certification. Further, based on the certification that the order that is the subject of this appeal will be vacated, we order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate the appeal should the district court decline to grant the relief requested.[1] Any

---

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings. *See* NRAP 3A.

14 - 42229

such motion to reinstate the appeal shall be filed within 60 days of the district court's order declining to grant the requested relief.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Douglas W. Herndon, District Judge
Law Offices of Michael F. Bohn, Ltd.
Akerman LLP/Las Vegas
Eighth District Court Clerk

Supreme Court
of
Nevada

(O) 1947A